**FILED**

**FEB 27 2020** AC

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **20 CR 125** |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(e)1) |
| NATHAN S. ROBINSON | ) | **JUDGE ELLIS** |
| | ) | |

**MAGISTRATE JUDGE SCHENKIER**

The SPECIAL MAY 2019 GRAND JURY charges:

On or about March 19, 2019, at Chicago Heights, in the Northern District of Illinois, Eastern Division,

NATHAN S. ROBINSON,

defendant herein, knowing that he previously had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Hi-Point, 9mm, model C9 pistol, bearing serial number P1400776, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2019 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Hi-Point, 9mm, model C9 pistol, bearing serial number P1400776, and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY