IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 20 CR 125 |
| v. ) | |
| ) | Hon. Sara L. Ellis |
| NATHAN S. ROBINSON ) | |
| ) | |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., and defendant NATHAN S. ROBINSON, by his attorney MICHAEL P. SCHMIEGE, respectfully provide this status report concerning this case.

1. On February 27, 2020, a grand jury returned an indictment charging defendant with possession of a firearm as a felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

2. At his arraignment on March 4, 2020, defendant was ordered detained by Magistrate Judge Sidney I. Schenkier. Defendant has been in federal custody since March 4, 2020.

3. Discovery was tendered on or about March 11, 2020. The government recognizes its ongoing obligation to supplement those disclosures as new information becomes available or changing circumstances warrant additional disclosures.

4. Due to disruptions caused by the COVID-19 public health emergency, defense counsel was unable to view the discovery until on or about May 6, 2020. Defense counsel has reviewed the discovery but has been unable to do so with his client, who is currently incarcerated at the MCC.

5. Defense counsel needs additional time to determine whether pretrial motions will be filed, as he would like the opportunity to meet with his client and review discovery and discuss the circumstances of the arrest. Defense counsel has been unable to meet with his client, who is incarcerated at the MCC.

6. The parties propose that the Court set a status date for on or about August 13, 2020. The parties do not believe a telephonic hearing or in-person hearing is necessary before that date.

7. The government moves for the exclusion of time to the next status date on the ground that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(6), in light of defense counsel's review of discovery and consideration of pretrial motions. The defense agrees to the exclusion of time.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    UNITED STATES ATTORNEY

By:   /s/ *L. Heidi Manschreck*
    L. HEIDI MANSCHRECK
    Assistant United States Attorney
    (312) 469-6205
    heidi.manschreck2@usdoj.gov

    MICHAEL P. SCHMIEGE
    Attorney for NATHAN S. ROBINSON
    (312) 626-2400
    mikeschmiege@gmail.com

Dated: June 15, 2020