SM

Dear: Honorable Sara L. Ellis

I am writing you this letter to let you know the following: As of the day this letter arrives, I will be firing my current attorney, Michael P. Schmige for the following reasons: First I feel that we do not see eye to eye with eachother when it comes to what's best for me for this case. Also I haven't herd or had any phone calls meetings or legal mail since the month of January. There is Discovery DVD's that I've been waiting for but have not received. My family also can't get into contact with him ~~either~~ either. I do not feel comfortable with someone of this caliber representing me, and for these reasons I would like to Fire him and request new legal representation please and thank you.

Respectfully,

Nathan Robinson
6/13/21

**FILED**

JUN 21 2021 JMK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Nathan Robinson # 476438
J.C.D.C
3050 S. Justice Way
Kankakee IL 60901

CHAMPAIGN IL 618
14 JUN 2021 PM 5 L



**RECEIVED**

JUN 21 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

06/21/2021-13

Honorable Sara L. Ellis   court room 1403
                          chambers 1483
USA Dirksen Federal Courthouse
219 South Dearborn Street
Fifth floor Chicago IL 60604

This Correspondence is from
a detainee from:
Jerome Combs Detention Center
3050 Justice Way
Kankakee, IL 60901



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019